**JEFFREY A. TENENBAUM**
TENENBAUM LAW FIRM
800 WEST 20TH STREET
MERCED, CALIFORNIA 95340
TELEPHONE (209) 384-3000
FACSIMILE (209) 384-3900
CALIFORNIA STATE BAR NUMBER 209769

**ATTORNEY FOR DEFENDANT,
JEAN CLAUD CHOUDOIR**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     Plaintiff,      vs.  **JEAN CLAUD CHOUDOIR**     Defendant | Case Number:  6:14-mj-137-MJS  **STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON**  Courtroom:  U.S. District Court - Yosemite Honorable Michael J. Seng |

It is hereby stipulated by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Jean Claud Choudoir, by and through his attorney of record, Jeffrey A. Tenenbaum, that the Initial Appearance in the above-captioned matter be set for February 24, 2015 at 10:00am.

DATE: 12/08/14               /s/ Susan St. Vincent
                             Susan St. Vincent
                             Acting Legal Officer
                             Yosemite National Park

DATE: 12/08/14               /s/ Jeffrey A. Tenenbaum
                             Jeffrey A. Tenenbaum
                             Attorney for Defendant
                             Jean Claud Choudoir

**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON**                          1

## ORDER

The Court, having reviewed the above request to set the Initial Appearance for Jean Claud Choudoir, HEREBY ORDERS AS FOLLOWS:

The Initial Appearance is set for February 24, 2015 at 10:00am.

IT IS SO ORDERED.

Dated:   December 8, 2014             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE